■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. PATRICIA RAY, Admitted on January 22, 1990, at a Term of the Appellate Division, First Department. [718 NYS2d 813] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 257 AD2d 127.]